United States District Court
Southern District of Texas
**ENTERED**
November 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RADLEY BRADFORD, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-02834 |
| EQUIFAX INFORMATION SERVICES, LLC, *et al*, | § § § § | |
| Defendants. | § | |

## ORDER

The Court has been informed that a Settlement Agreement is pending in this case.

IT IS HEREBY ORDERED that all deadlines and hearings set by the Scheduling Order are terminated. Parties must file final dismissal papers within 45 days from the date of this order or appear for a Status Conference scheduled January 7, 2022 at 10:00 a.m.

It is so ORDERED. 11/04/2021.

_____
The Honorable Alfred H. Bennett
United States District Judge